UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RICH LEVINE,**

      **Plaintiff,**

**v.**     Case No:  **6:16-cv-1833-Orl-41DCI**

**WAYNE HOPSON,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court upon review of the Report and Recommendation (Doc. 9) submitted by United States Magistrate Judge Daniel C. Irick, recommending that this case be remanded to state court for want of subject-matter jurisdiction. After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 9), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Leave to Proceed in Forma Pauperis (Doc. 3) and the Motion to Remand (Doc. 8) are **DENIED as moot**.

3. This case is **REMANDED** to the County Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida, Case Number 05-2016-CC-044023.

**DONE** and **ORDERED** in Orlando, Florida on January 23, 2017.



Copies furnished to:

Unrepresented Parties
Clerk of the Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida